COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| Eduardo Fuentes Y., Individually, and derivatively on behalf of Fox Holding Company, and derivatively on behalf of Texas International Gas & Oil Company, and derivatively on behalf of Centro Administrativo F-Siete, S.A. de C.V., and derivatively on behalf of Complejo Industrial Fuentes, S.A. de C.V., | § § § § § | No. 08-20-00093-CV<br><br>Appeal from the<br><br>County Court at Law No. 7<br><br>of El Paso County, Texas<br><br>(TC# 2016DCV0781) |
| Appellants, | § | |
| v. | § | |
| | § | |
| Cesar Fuentes, Individually and Derivatively on behalf of Texas International Gas & Oil Company, Fox Holding Company, Rosa Yamel Fuentes Y., individually and as Independent Executrix of the Estate of Rosa Magali Fuentes Yanar a/k/a Rosa Magali Fuentes Yanar, Centro Administrativo F-Siete, S.A. de C.V., and Complejo Industrial Fuentes, S.A. de C.V., | § § § § § § | |
| Appellees. | § | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellants' Motion to Re-establish the Appellate Timetable.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the record is due on October 2, 2020.

IT IS SO ORDERED this 22nd day of September, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.